IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIAM RANDALL,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3790

Opinion filed October 14, 2015.

Petition for Belated Appeal -- Original Jurisdiction.

William Randall, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition seeking belated appeal is denied on the merits. See Jordan v. State, 549 So. 2d 805 (Fla. 1st DCA 1989); Davis v. Singletary, 716 So. 2d 273 (Fla. 4th DCA 1998).

BENTON, OSTERHAUS, and BILBREY, JJ., CONCUR.